**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 20, 2014.**

In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00056-CV

---

### THOMAS AND ALIDA DUGGAN, Appellants

### V.

### B & B REMODELING & FOUNDATION, LLC AND BOBBY BORCHGARDT, Appellees

---

**On Appeal from the 405th District Court
Galveston County, Texas
Trial Court Cause No. 11-CV-0570**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 18, 2013. On February 4, 2014, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.